# Eason *v.* United States Shipping Board Emergency Fleet Corporation, Appellant.

*Practice—Superior Court—Assignments of error—Rule 57.*

Where the assignments of error substantially violate several rules of the Superior Court, the appeal will be quashed pursuant to Rule 57.

Argued October 14, 1924. Appeal No. 47, October T., 1924, by defendant, from judgment of M. C. Philadelphia County, December T., 1922, No. 773, in the case of James T. Eason v. United States Shipping Board Emergency Fleet Corporation. Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Appeal quashed.

Assumpsit to recover damages for the breach of a contract of employment. Before CRANE and GORMAN, JJ.

The opinion of the Superior Court states the case.

Verdict for plaintiff in the sum of $69.44. Subsequently the court, upon motion, entered judgment non obstante veredicto in favor of the plaintiff in the sum of $416.66.

486 EASON v. U. S. EMER. FLEET CORP., Appellant.

*Error assigned* was the action of the court making absolute the rule for judgment non obstante veredicto.

*Joseph McPherson*, and with him *George W. Coles*, U. S. Attorney, *O. P. M. Brown*, Special Assistant, U. S. Attorney, and *Paul W. Knox*, for appellant.

*Porter, Foulkrod*, and *McCullagh*, for appellee.

PER CURIAM, July 9, 1925:

The assignments of error violate several of the rules of this court in substantial respects. We have, however, gone into the record, which we also notice is not printed in accordance with our rules, and find that in a jury trial plaintiff had a verdict for $69.44; that subsequently, on appropriate motion, the court entered judgment in favor of the plaintiff for $416.66, pursuant to Moffitt v. U. S. Shipping Board E. F. Corp., 80 Pa. Superior Ct. 81, and Max v. U. S. Shipping Board E. F. Corp., 80 Pa. Superior Ct. 86, cases in which this court considered the same rules concerning employees' leave with pay, involved in this case.

For violation of our rules and pursuant to Rule 57, the appeal is quashed.